UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SYNCHRONY BANK,

      Plaintiff,

vs.

CABINETS TO GO, LLC,

      Defendant.

_____/

## COMPLAINT

Plaintiff Synchrony Bank ("Synchrony") files the following Complaint against defendant Cabinets To Go, LLC ("CTG" or "Retailer") and alleges:

## PARTIES

1. Synchrony is a federally-chartered savings association with its charter home office in Draper, Utah.

2. CTG is a Florida limited liability company with its principal place of business in Lawrenceburg, Tennessee.

## JURISDICTION AND VENUE

3. CTG is subject to personal jurisdiction in Florida because it was formed pursuant to the laws of Florida.

4. Synchrony is informed and believes that CTG's members are not citizens of Utah.

5. This Court has jurisdiction over Synchrony's claims pursuant to 28 U.S.C. § 1332(a) because there is diversity of citizenship between Synchrony and CTG and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

MIA 31495638

6. Venue is proper in this Court because CTG maintains retail locations in Boynton Beach, Hallandale, Miami and Stuart, and regularly conducts business in this District.

## FACTUAL BACKGROUND

7. On or about September 1, 2013, Synchrony (formerly known as GE Capital Retail Bank) and CTG entered into the Retailer Program Agreement (as amended, the "Agreement"). Synchrony and CTG thereafter entered into the First Amendment to Retailer Program Agreement on or about June 1, 2016, and the Second Amendment to Retailer Program Agreement on or about April 27, 2018 (the "Second Amendment").

8. Pursuant to the Agreement, Synchrony agreed to provide its open-end credit program to qualified customers of CTG on the terms set forth therein (the "Program"). In exchange, CTG agreed that, during the term of the Agreement, it would not offer to its customers a competing credit program as follows: "Retailer will not (and will cause its affiliates not to) (a) directly or indirectly, accept for payment, promote, sponsor, solicit, permit solicitation of, or make available to commercial or consumer customers of Retailer or any of its affiliates or otherwise provide, any commercial or consumer credit or charge program, online or internet payment service that in any way competes with the Program (including, without limitation, any credit facility part of any industry program, internet payment program, credit card network or the like) whether or not such Program bears, uses or refers to any trade names of Retailer, other than (i) any program offered by Bank or an affiliate of Bank . . . ." Agreement § 19(a).

9. CTG further agreed to promote, accept and process customer applications for credit cards under the Program, honor those cards as a method of payment for purchases, and display point-of-sale signage relating to the Program. Agreement §§ 3(a), (b).

10. Pursuant to the Second Amendment, the term of the Agreement currently expires on August 31, 2023.

11. Synchrony has performed under the terms of the Agreement by providing credit to CTG's qualified customers and continues to do so. However, in breach of the Agreement, and since at least March 2021, CTG ceased promoting the Program and honoring credit cards issued under the Program and, instead, offers and promotes to its customers a competing credit program. As of the date of this Complaint, the CTG website contains the following:



12. Synchrony has suffered damages as a result of CTG's breach of the Agreement including, but not limited to, consequential damages due to lost profits, which Synchrony estimates will exceed $2,300,000 through August 31, 2023.

13. Synchrony also suffered damages as a result of CTG's breach of the Agreement in the form of the loss of an "Unamortized Second Amendment Extension Bonus" provided for in Section 1.7 of the Second Amendment.

14. All conditions precedent for bringing this action have been fully performed, waived, or excused.

## COUNT I – BREACH OF CONTRACT

15. Synchrony re-alleges, and incorporates by reference, the allegations of Paragraph 1 through 14 above.

16. Synchrony and CTG entered into the Agreement on or about September 1, 2013, the term of which currently expires on August 31, 2023.

17. The Agreement provides Synchrony with the exclusive right to partner with CTG for the purpose of offering the Program. Pursuant thereto, Synchrony did, and continues to, offer the Program to CTG's qualified customers and has duly performed all conditions precedent on its part required to be performed under the Agreement.

18. The Agreement requires CTG to promote, accept and process customer applications for credit cards under the Program and to honor those cards as a method of payment. The Agreement expressly prohibits CTG from offering or promoting to its customers any competing credit program during the term thereof. In breach of the Agreement, beginning in at least March 2021, CTG ceased promoting the Program and accepting cards issued under the Program and, instead, began offering and promoting a competing credit program to its customers and continues to do so.

19. As a result of CTG's breach of the Agreement, Synchrony has been damaged and continues to be damaged.

20. Synchrony has and will incur attorneys' fees and costs in connection with this matter, in an amount to be determined at trial, which Synchrony is entitled to recover from CTG pursuant to the Agreement, along with its court costs, and all other expenses of enforcing Synchrony's rights under the Agreement.

MIA 31495638

**WHEREFORE**, Synchrony prays for:

a. Judgment for damages in an amount to be determined at trial;

b. An award of attorneys' fees;

c. An award of prejudgment interest;

d. An award of post-judgment interest;

e. For costs of suit incurred; and

f. For any other and further relief as the Court may deem just and proper.

Dated: May 14, 2021

By: /s/ *Alisa M. Taormina*
Julia B. Strickland (*pro hac vice to be filed*)
Alisa M. Taormina
Florida Bar No. 070848
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
jstrickland@stroock.com
ataormina@stroock.com
lacalendar@stroock.com

Attorneys for Plaintiff
*Synchrony Bank*